IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROY EARL BROWN, | § | |
| Petitioner, | § | No. 3:22-cv-01066-M (BT) |
| | § | |
| v. | § | *Consolidated with*: |
| | § | 3:22-cv-01067-M |
| BRYAN COLLIER, | § | 3:22-cv-01068-M |
| Respondent. | § | 3:22-cv-01069-M |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 24, 2022.  The Court has reviewed the Findings, Conclusions, and Recommendation for plain error and has found none.  **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Moreover, considering the record in this case, the Court **DENIES** a certificate of appealability.  The Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions and Recommendation filed in this case in support of its finding that Petitioner has failed to show (1) reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**SO ORDERED** this 22nd day of  July, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE